Decided December 22, 2005

## STATE OF CONNECTICUT *v.* THOMAS METZ

The defendant's petition for certification for appeal from the Appellate Court, 92 Conn. App. 206 (AC 25721), is denied.

*Monte Radler*, public defender, in support of the petition.

*Bruce R. Lockwood*, assistant state's attorney, in opposition.

Decided December 22, 2005

## CHRISTOPHER STEFANONI ET AL. *v.* IAN M. DUNCAN

The defendant's petition for certification for appeal from the Appellate Court, 92 Conn. App. 172 (AC 25844), is granted, limited to the following issue: